COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-04-238-
CV

IN RE GRAND HOMES 96, L.P.         RELATORS

AND GRAND HOMES, INC. 

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM
 
OPINION
(footnote: 1)
------------

The court has considered relators' petition for writ of mandamus 
and is of the opinion that relief should be denied.  Accordingly, relators' petition for writ of mandamus is denied.

Relators shall pay all costs of this original proceeding 
for which let execution issue.

PER CURIAM

PANEL A
: CAYCE, C.J.; LIVINGSTON and WALKER, JJ.

DELIVERED: August 26, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.